# BOGHOSIAN & HAWKINS
## ATTORNEYS AT LAW
45 HAVERHILL STREET
ANDOVER, MASSACHUSETTS 01810
PHONE: (978) 475-4883
FAX: (978) 684-5253

Atty. Glenn Boghosian*
*Also admitted in NH
Direct Dial (978) 749-0461

Atty. Mary P. Hawkins†
†Also admitted in CT
Direct Dial (978) 749-0423

April 15, 2013

U.S. Bankruptcy Court
Clerks Office
200 Jefferson Ave., Suite 413
Memphis, TN 38103

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
F I L E D
APR 1 8 2013
JED G. WEINTRAUB
CLERK OF COURT
WESTERN DISTRICT OF TENN.

Re: Belinda G. Summers
Chapter 13 No: 13-22281 gwe

Dear Sir or Madam:

This office is corporate counsel for Lease and Rental Management Corp. d/b/a Auto Loan ("Auto Loan"). Auto Loan is a secured creditor in the above bankruptcy.

Through this office Auto Loan filed its secured claim. Somehow, by mistake, the claim was entered in duplicate. I am writing to remove the duplicate claim.

Please withdraw Auto Loan's duplicate claim; Claim number 3, filed on March 26, 2013. If you have any questions feel free to contact me.

Thank you for your attention to this matter.

Sincerely,

*Mary P. Hawkins*

Mary P. Hawkins

MPH/cj